CA 07-317 T DLM

August 15, 2007

Mr. Kieth Ware
# 04068-070
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pennsylvania 17887

CA 07 317

Office of the Clerk
United States District Court
For The District Of Rhode Island
Providence, Rhode Island 02903-1779

Dear Clerk,

enclosed is a copy of my writ of habeas corpus pursuant to title 28 U.S.C. 2254.

I would like to request that this Honorable court allow me to file this petition In Forma Pauperis.

Thank you kindly for your attention in this matter.

Respectfully Submitted,

Keith Ware

KEITH WARE PRO SE