September 26, 2007

Mr. Keith Ware
Reg. No. 040-68-070
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, Pennsylvania 17887

C A NO. 07-317-T

Informal request for extension of time

United States District Court
Office of the Clerk
Providence, Rhode Island
02903-1779

RE: 07-317-T

Dear Clerk,

I recieved a copy of the Denial of my Petition Pursuant to 28 U.S.C. § 2254.

I was given 10 days to respond, and under my Current Circumstance's, I would like to request a extention of time.

Thank You kindly for your attention in this matter.

Sincerely
/S/ Keith Ware