**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEITH WARE,
Petitioner

v. C.A. No. 07-317T

JONATHAN C. MINOR,
Respondent

**ORDER**

Pursuant to the Magistrate Judge's Report and Recommendation dated September 24th, 2007, and in light of the Respondent's request to withdraw his petition, Keith Ware's in forma pauperis motion is DENIED and his habeas corpus petition is DISMISSED WITHOUT PREJUDICE to the Petitioner re-filing it if, and when, he first obtains permission from the Court of Appeals to file the successive petition.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Senior U.S. District Judge
Ernest C. Torres
date: 10/30/07